# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

ECHARGE LICENSING, LLC V. STARBUCKS CORPORATION

Case Number: 10-CV-8287

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ECHARGE LICENSING, LLC, PLAINTIFF

| | |
|---|---|
| NAME (Type or print)<br>Michael La Porte | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael La Porte | |
| FIRM<br>Flachsbart & Greenspoon, LLC | |
| STREET ADDRESS<br>333 North Michigan Avenue, 27th Floor | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237510 | TELEPHONE NUMBER<br>312-551-9500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐