**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION**

| | | |
|---|---|---|
| ECHARGE LICENSING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10-cv-8287 |
| | ) | |
| v. | ) | Judge: Gary Feinerman |
| | ) | |
| STARBUCKS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To: Robert P. Greenspoon
William W. Flachsbart
Flachsbart & Greenspoon, LLC
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE that on this Monday, October 17, 2011, I have caused to be filed in this Court the parties' **Stipulation of Dismissal with Prejudice**, a copy of which is hereby served upon you.

Dated: October 17, 2011

Respectfully submitted,

/s/ Matthew D. Kellam

Arne M. Olson
Matthew D. Kellam
OLSON & CEPURITIS, LTD.
20 North Wacker Drive, 36th Floor
Chicago, IL 60606
T: 312-580-1180

**Counsel for Defendant Starbucks Corp.**