**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

eCharge Licensing, LLC
Plaintiff,
v.
Starbucks Corporation
Defendant.

Case No.: 1:10−cv−08287
Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2011:

MINUTE entry before Honorable Gary Feinerman: Status hearing scheduled for 10/27/2011 [38] is stricken. The parties having filed a stipulation of dismissal with prejudice [39], this case is closed. Civil case terminated. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.